O

FILED
CLERK, U.S. DISTRICT COURT

DEC 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>Jaquin, Erick Jose<br><br>　　　　　　Defendant. | Case No.: CR04-1001-SVW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　　The Court finds that:

A.　　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _illegal immigration status; association with multiple personal identifiers; lack of viable bail resources; ties to foreign country; history of noncompliance with supervision conditions_

   and/or

B.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of the underlying offenses; multiple dui convictions_

   IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __12/18/14__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE